# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA

| | |
|---|---|
| HANNAH TURNER and LT, a minor by and through his mother, Hannah Turner<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES MICHAEL HOWE, M.D.; GRANDVIEW MEDICAL CENTER; PONDER PHARMACY; NORTH JACKSON PHARMACY; PHL INC. dba THE DRUGSTORE; and DOES 1-10, inclusive<br><br>    Defendants. | CIVIL ACTION NO. 1:14-cv-129 |

**NOTICE OF DISMISSAL**
**(Fed. R. Civ. P. 41(a)(1)(A)(i))**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that plaintiffs Hannah Turner and LT, a minor by and through his mother, Hannah Turner dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: May 15, 2014                    BUSSART LAW FIRM

                                       By: /s/ Walter W. Bussart
                                           WALTER W. BUSSART, ESQ.
                                           Attorneys for Plaintiff HANNAH
                                           TURNER and LT, a minor by and
                                           through his mother, Hannah Turner

1

WALTER W. BUSSART, ESQ.
BUSSART LAW FIRM
520 North Ellington Parkway
Lewisburg, Tennessee 37091
Phone: (931) 359-6264
Fax:    (931) 359-6267

RICHARD T. COLLINS, ESQ. (California State Bar No. 166577)
*Pro Hac Vice Motion Pending*
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, CA 92614-8516
Tel: (949) 474-1880
Fax: (949) 474-7265

Attorneys for Plaintiffs HANNAH TURNER and LT, a minor by and through his guardian ad litem Hannah Turner

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of May, 2014, forwarded by first-class United States mail with postage prepaid, a true and accurate copy of the foregoing instrument to the following interested parties:

Alaric A. Henry, Esq.
Thomas M. Horne, Esq.
Luther, Anderson, PLLP
One Union Square, Krystal Building
100 West Martin Luther King Blvd., Suite 700
Chattanooga, TN 37402
*Attorney for Ponder Pharmacy*

H. Richard Marcus, Esq.
Franklin, Cooper & Marcus, PLLC
837 Fortwood Street
Chattanooga, TN 37403-2317
*Attorney for PHL, Inc.*

Christopher A. Vrettos, Esq.
Gideon, Cooper & Essary, PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238
*Attorney for Grandview Medical Center*

　　　　　　　　　　　　　　　/s/ Walter W. Bussart